ORIGINAL

FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0713

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0713

---

CURT JAMES ALEXANDER JR.,

Petitioner,

v.

MONTANA FIRST JUDICIAL COURT,
LEWIS AND CLARK COUNTY,
HONORABLE KATHY SEELEY, Presiding,

Respondent.

FILED

DEC 17 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

---

On December 9, 2024, self-represented Petitioner Curt James Alexander Jr. filed a Petition for a Writ of Mandamus, requesting that this Court direct the First Judicial District Court, Lewis and Clark County, and Judge Kathy Seeley to provide a copy of an October 8, 2024 Order Amending Judgment to the Montana State Prison (MSP) Records Department. Alexander contends that MSP has not received a copy of this Order to recalculate his sentence where he was awarded credit for time served from January 8, 2020 to October 9, 2022. Alexander does not provide any copy of a sentence calculation to support his claim. M. R. App. P. 14(2).

In an October 29, 2024 Order, this Court pointed out to Alexander that the District Court had corrected his Judgment on the same day he filed a petition for habeas corpus relief here. *Alexander v. Salmonsen*, No. OP 24-0601, Order denying habeas corpus relief (Mont. Oct. 29, 2024) (*Alexander I*). This Court had secured a copy of the Order Amending Judgment from the Department of Corrections (DOC), namely the Offender Management Information System (OMIS). The DOC had received the District Court's Order on the same day of its filing. MSP would have a copy of the Order and applied it to his sentence. Alexander has not shown evidence to the contrary. In in our prior Order, we directed Alexander to request an updated sentence calculation from MSP. *Alexander I*, at 4.

We further observe that on December 6, 2024, the Appellate Defender Division filed a Notice of Appeal for Alexander concerning this October 8, 2024 Order Amending Judgment. *State v. Alexander*, No. DA 24-0708.

Alexander has not demonstrated a clear legal duty with his instant writ. Section 27-26-102, MCA; *Smith v. Missoula Co.*, 1999 MT 330, ¶ 28, 297 Mont. 368, 992 P.2d 834. Therefore,

IT IS ORDERED that Alexander's Petition for Writ of Mandamus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that the Clerk of the Supreme Court is directed to CLOSE this matter as of this Order's date.

The Clerk is also directed to provide a copy of this Order to: the Honorable Kathy Seeley, District Court Judge; Angie Sparks, Clerk of District Court, under Cause No. CDC-2009-174; counsel of record; Tammy A. Hinderman, Appellate Defender Division; Michele McKinnon, MSP Records Department Bureau Chief, and Curt James Alexander.

DATED this 17 day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2